# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-1 | 9619786 | KELLAHER | 5711 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 08.25.2023 1219 | CVC 22350 / TITLE 18 UNC SEC 7 AND 13 |

Place of Offense: ADJ BLDG 569 MCRD SAN DIEGO CA

Offense Description: Factual Basis for Charge — HAZMAT ☐

SPEEDING - 25 MPH IN 10 MPH ZONE (CVC 22350)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SAVILLE | BENJAMIN | J |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ COML ☐ | Color |
|---|---|---|---|---|---|
| 5ATM576 | CA | 2003 | FORD | | RED |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80   Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ 110   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 W BROADWAY SAN DIEGO CA 92101

Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9619786*

---

(For issuance of an arrest warrant or summons)

I state that on 25 AUG, 2023 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: (08/25/2023)  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident